# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:15 CR 00077 |
| | ) | Hon. Marvin E. Aspen |
| STEVEN BROXTON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

 The sentencing hearing previously set for Wednesday, September 6, 2017 at 9:00 a.m. is hereby vacated and reset for Thursday, May 25, 2017 at 9:00 a.m.  In order to allow the Court sufficient time to review and consider the parties' sentencing materials, the following deadlines shall apply pursuant to Local Criminal Rule 32.01(e), <u>as modified below</u>.

 The United States Probation Office shall transmit at least <u>fourteen (14) days</u> prior to the sentencing date the final Presentence Report with guideline computations, an addendum indicating any unresolved factual disputes or objections by the parties with respect to the application of the guidelines, the Probation Officer's recommendations on disputed matters, and such material shall also be furnished to the defense counsel and the attorney for the government.

 The parties shall file any unresolved objections, motions for downward departure, position papers, and sentencing memoranda <u>fourteen (14) days</u> before sentencing, or within <u>seven (7) days</u> after receiving the final Presentence Report, <u>whichever is earlier</u>.  These deadlines

supersede Local Criminal Rule 32.01(c) and (d) to the extent they conflict.  Sentencing materials filed after the deadlines set forth herein will not be considered.  It is so ordered.

_____
Marvin E. Aspen
United States District Judge


Dated:  April 24, 2017
        Chicago, Illinois